IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDITH BEAVERS AND CHARLES GENE BEAVERS | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-086 |
| RIO GRANDE MEDICINE, INC. AND LABORATORY CORPORATION OF AMERICA | § § § § | [REMOVED FROM THE 197TH JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS] |

### DEFENDANT BAXTER HEALTHCARE CORPORATION'S CONSENT TO REMOVAL

Defendant Baxter Healthcare Corporation files its Consent to Removal and would respectfully show the Court as follows:

Plaintiffs Edith Beavers and Charles Beavers originally filed this lawsuit in the 197th Judicial District Court of Cameron County, Texas, Cause No. 2002-11-4565-C and named Rio Grande Medicine, Inc. and Laboratory Corporation of America as defendants. On January 11, 2003, LabCorp filed a third party petition naming Baxter Healthcare Corporation as a third-party defendant. LabCorp has filed or will file a Notice of Removal with this Court. Baxter Healthcare Corporation agrees with the Notice of Removal and consents to removal of this action to federal court.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: _____
John W. Weber, Jr.
State Bar No. 21046500
Byron T. Stone
State Bar No. 00797505
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Telecopier: (210) 270-7205

**ATTORNEYS FOR BAXTER HEALTHCARE CORPORATION**