IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 0 6 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDITH BEAVERS AND CHARLES GENE BEAVERS | § § § § § § § § | |
| v. | | CIVIL ACTION NO. B-03-086 |
| RIO GRANDE MEDICINE, INC. AND LABORATORY CORPORATION OF AMERICA | | [REMOVED FROM THE 197TH JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS] |

## DEFENDANT RIO GRANDE MEDICINE, INC.'S CONSENT TO REMOVAL

Defendant Rio Grande Medicine, Inc. files its Consent to Removal and would respectfully show the Court as follows:

Plaintiffs Edith Beavers and Charles Beavers originally filed this lawsuit in the 197th Judicial District Court of Cameron County, Texas, Cause No. 2002-11-4565-C and named Rio Grande Medicine, Inc. and Laboratory Corporation of America as defendants. On January 11, 2003, LabCorp filed a third party petition naming Baxter Healthcare Corporation as a third-party defendant. LabCorp has filed or will file a Notice of Removal with this Court. Rio Grande Medicine, Inc. agrees with the Notice of Removal and consents to removal of this action to federal court.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.

_____  5/2/03
Craig H. Vittitoe
State Bar No.: 20593900
Attorney-in-Charge
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
Telephone: (956) 428-7495
Telecopier: (956) 428-2954
ATTORNEYS FOR RIO GRANDE
MEDICINE, INC.