IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDITH BEAVERS, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: B-03-086 |
| | § | |
| RIO GRANDE MEDICINE INC., ET AL. | § | |

## CERTIFICATE OF INTERESTED PARTIES

Be advised that to the best of Plaintiff and Plaintiff's counsel knowledge, the following persons are the only ones at this time that have a financial interest in the outcome of this litigation:

Plaintiffs            Edith Beavers
                      Charles Gene Beavers

Plaintiff's counsel   Harold Eisenman
                        Harold Eisenman P.C.
                      Jack G. Carinhas, Jr.
                        The Law Office of Jack G. Carinhas, Jr.

Defendants            Rio Grande Medicine, Inc.
                      Laboratory Corporation of America
                      Baxter Healthcare Corporation

Respectfully submitted,

The Law Office of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 542-9161
Facsimile: (956) 542-3651

And

By: _____
Harold Eisenman
**HAROLD EISENMAN, P.C.**
State Bar No. 06503500

1900 West Loop South, Suite 1420
Houston, Texas 77027
Telephone: (713) 840-7180
Facsimile : (713) 840-9620

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties has been forwarded to all counsel of record by certified mail, return receipt requested, overnight express mail, facsimile and/or hand delivery, on the ___ day of May 2003.

D. Faye Caldwell
Caldwell & Clinton, P.L.L.C.
1000 First City Tower
1001 Fannin
Houston, Texas 77002

Craig H. Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

John W. Weber, Jr.
Byron T. Stone
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

Jack G. Carinhas, Jr.
The Law Office of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_____
HAROLD EISENMAN