IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 1 3 2003
Michael N. Milby
Clerk of Court

EDITH BEAVERS AND                : 
CHARLES GENE BEAVERS             : 
                                 : 
VS                               : 
                                 :   CIVIL ACTION NO.: B-03-086
RIO GRANDE MEDICINE, INC.,       :   (Jury Demanded)
LABORATORY CORPORATION OF        : 
AMERICA, AND BAXTER              : 
HEALTHCARE CORPORATION           : 

## DEFENDANT, RIO GRANDE MEDICINE, INC.'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant **RIO GRANDE MEDICINE, INC.**, filing this *Certificate of Interested Parties* respectfully showing the Honorable Court as follows:

### I.

Interested parties and counsel of record are as follows:

1.  Edith Beavers, *Plaintiff*
    Charles Gene Beavers, *Plaintiff*
    Mr. Harold Eisenman, *Counsel*
    LAW OFFICE OF HAROLD EISENMAN, P.C.
    1900 West Loop South, Suite 1420
    Houston, TX 77027-3207
    Phone (713) 840-7180
    and
    Mr. Jack G. Carinhas, Jr., *Counsel*
    LAW OFFICE OF JACK G. CARINAS, JR.
    Corporate Plaza, Suite 109
    302 Kings Highway
    Brownsville, TX 78521
    Phone (956) 542-9161

2. Laboratory Corporation of America, *Defendant*
   Ms. D. Faye Caldwell, *Counsel*
   CALDWELL & CLINTON, P.L.L.C.
   1000 First City Tower
   1001 Fannin
   Houston, TX 77002
   Phone (713) 654-3000

3. Rio Grande Medicine, Inc., *Defendant*
   Mr. Craig H. Vittitoe, *Counsel*
   ADAMS & GRAHAM, L.L.P.
   222 East Van Buren, West Tower
   P. O. Box 1429
   Harlingen, TX 78551-1429
   Phone (956) 428-7495

4. Baxter Healthcare Corporation, *Defendant*
   Mr. John W. Weber, Jr., *Counsel*
   FULBRIGHT & JAWORSKI L.L.P.
   300 Convent Street, Suite 2200
   San Antonio, TX 78205
   Phone (210) 224-5575

*WHEREFORE, PREMISES CONSIDERED*, Defendants prays that the court take note and due notice of this filing.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By_____
**CRAIG H. VITTITOE**
State Bar No. 20593900
ATTORNEYS FOR DEFENDANT,
RIO GRANDE MEDICINE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record on this the _____ day of May, 2003:

Mr. Harold Eisenman
**LAW OFFICE OF HAROLD EISENMAN, P.C.**
1900 West Loop South, Suite 1420
Houston, TX 77027

Ms. D. Faye Caldwell
**CALDWELL & CLINTON, P.L.L.C.**
1000 First City Tower
1001 Fannin
Houston, TX 77002

Mr. John W. Weber, Jr.
**FULBRIGHT & JAWORSKI L.L.P.**
300 Convent Street, Suite 2200
San Antonio, TX 78205

_____
Craig H. Vittitoe