IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS,<br><br>    Plaintiffs,<br><br>VS.<br><br>RIO GRANDE MEDICINE, INC. AND<br>LABORATORY CORPORATION OF<br>AMERICA,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-086<br>(Jury Demanded) |

**THIRD-PARTY DEFENDANT BAXTER HEALTHCARE CORPORATION'S
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Third-Party Defendant Baxter Healthcare Corporation, and files this Certificate of Interested Parties, and would show the Court as follows.

1.  To Third-Party Defendant's knowledge, the parties with a financial interest in this litigation are as follows:

    a.  Edith Beavers, Plaintiff;
        Charles Beavers, Plaintiff

        Mr. Harold Eisenman, Counsel for Plaintiffs
        LAW OFFICE OF HAROLD EISENMAN, P.C.
        1900 West Loop South, Suite 1420
        Houston, Texas 77027-3207
        Telephone: (713) 840-7180

        and

        Mr. Jack Carinhas, Jr., Counsel for Plaintiffs
        LAW OFFICE OF JACK CARINHAS, JR.
        Corporate Plaza, Suite 109
        302 Kings Highway
        Brownsville, Texas 78521
        Telephone: (956) 542-9161

    b.    Laboratory Corporation of America, Defendant

Ms. Faye Caldwell, Counsel
CALDWELL & CLINTON, P.L.L.C.
1000 First City Tower
1001 Fannin
Houston, Texas 77002
Telephone: (713) 654-3000

    c.    Rio Grande Medicine, Inc., Defendant

Mr. Craig H. Vittitoe, Counsel
ADAMS & GRAHAM, L.L.P.
222 East Van Buren, West Tower
P.O. Box 1429
Harlingen, Texas 78551-1429
Telephone: (956) 428-7495

    d.    Baxter Healthcare Corporation, Third-Party Defendant

Mr. John W. Weber, Jr., Counsel
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Telephone: (210) 224-5575

As of September 30, 1996, pursuant to a corporate reorganization, certain assets were transferred from Baxter Healthcare Corporation ("BHC") to Allegiance Healthcare Corporation ("Allegiance") n/k/a Cardinal Health 200, Inc., and Allegiance agreed to indemnify BHC for certain asserted liabilities, including those relevant to this action.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: _____
John W. Weber, Jr.
State Bar No. 21046500
Byron T. Stone
State Bar No. 00797505
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Attorneys for Third-Party Defendant
BAXTER HEALTHCARE CORPORATION

CERTIFICATE OF SERVICE

A true and correct copy of this pleading has been served upon all counsel of record on May 15th, 2003.

D. Faye Caldwell
E. Lindsey Everson
CALDWELL & CLINTON, PLLC.
1000 First City Tower
1001 Fannin
Houston, Texas 77002

Harold Eisenman
THE LAW OFFICES OF HAROLD EISENMAN, P.C.
1900 West Loop South, Suite 1420
Houston, Texas 77027

Jack G. Carinhas, Jr.
THE LAW OFFICE OF JACK G. CARINHAS, JR.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Craig H. Vittitoe
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

_____
John W. Weber, Jr./Byron T. Stone