IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDITH BEAVERS AND CHARLES GENE BEAVERS | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-086 |
| RIO GRANDE MEDICINE, INC. AND LABORATORY CORPORATION OF AMERICA | § § § § | [REMOVED FROM THE 197TH JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS] |

## DEFENDANT LABORATORY CORPORATION OF AMERICA'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant Laboratory Corporation of America files this Certificate of Interested Parties

and would respectfully show the Court the following:

## I.
## INTERESTED PARTIES

1. **Laboratory Corporation of America, a Delaware corporation.**

2. **Laboratory Corporation of America Holdings, a Delaware corporation.**

3. **Baxter Healthcare Corporation**

4. **Rio Grande Medicine, Inc.**

5. **Plaintiff Edith Beavers.**

6. **Plaintiff Charles Gene Beavers.**

7. **Harold Eisenman**

8. **Jack G. Carinhas, Jr.**

## II.

If new parties are added or if additional persons or entities financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, Defendant shall promptly file an amended certificate with the clerk.

Respectfully submitted,

D. FAYE CALDWELL
S.D. No.: 13810
Texas Bar No.: 03618550
Attorney-in-Charge
CALDWELL & CLINTON P.L.L.C.
1000 First City Tower
1001 Fannin
Houston, Texas 77002
Telephone: (713) 654-3000
Telecopier: (713) 654-3002

OF COUNSEL:
JACQUELINE M. POURCIAU
S.D. No.: 24439
Texas Bar No. 24014484
CALDWELL & CLINTON P.L.L.C.
1000 First City Tower
1001 Fannin
Houston, Texas 77002
Telephone: (713) 654-3000
Facsimile: (713) 654-3002
ATTORNEYS FOR DEFENDANT
LABORATORY CORPORATION OF AMERICA

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was forwarded to the listed counsel of record via certified mail, return receipt requested on this the /5th day of May, 2003.

Harold Eisenman
The Law Offices of Harold Eisenman, P.C.
1900 West Loop South, Suite 1420
Houston, Texas 77027

Craig H. Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

Jack G. Carinhas, Jr.
The Law Office of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

John W. Weber, Jr.
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

D. FAYE CALDWELL