IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDITH BEAVERS AND CHARLES GENE BEAVERS, § § § | |
| Plaintiffs, § § | |
| VS. § § | CIVIL ACTION NO. B-03-086 (Jury Demanded) |
| RIO GRANDE MEDICINE, INC. AND LABORATORY CORPORATION OF AMERICA, § § § § § | |
| Defendant. § | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Third-Party Defendant Baxter Healthcare Corporation, and files this Motion for Admission Pro Hac Vice and would show the Court as follows:

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

Byron T. Stone
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205
210-270-7101
Texas State Bar No. 00797505
Admitted U.S. District Court for the Western District of Texas

Seeks to appear as the attorney for this party:

Third-Party Defendant, Baxter Healthcare Corporation

30491722.1

-1-

WHEREFORE, PREMISES CONSIDERED, Defendant Baxter Healthcare Corporation prays that this Court grant this motion and permit Byron T. Stone to appear for Third-Party Defendant, Baxter Healthcare Corporation.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: _____
John W. Weber, Jr.
State Bar No. 21046500
Byron T. Stone
State Bar No. 00797505
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Attorneys for Third-Party Defendant
BAXTER HEALTHCARE CORPORATION

## CERTIFICATE OF SERVICE

This motion has been served upon all counsel of record on June _16_, 2003.

D. Faye Caldwell
E. Lindsey Everson
CALDWELL & CLINTON, PLLC
1000 First City Tower
1001 Fannin
Houston, Texas 77002

Harold Eisenman
THE LAW OFFICES OF HAROLD EISENMAN, P.C.
1900 West Loop South, Suite 1420
Houston, Texas 77027

Jack G. Carinhas, Jr.
THE LAW OFFICE OF JACK G. CARINHAS, JR.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Craig H. Vittitoe
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

_____
Byron T. Stone

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS,<br><br>　　　Plaintiffs,<br><br>VS.<br><br>RIO GRANDE MEDICINE, INC. AND<br>LABORATORY CORPORATION OF<br>AMERICA,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-086<br>(Jury Demanded) |

## ORDER GRANTING MOTION PRO HAC VICE

Having considered Baxter Healthcare Corporation's Motion Pro Hac Vice, the Court finds that the Motion states good cause and otherwise meets the Court's requirements. The Motion is, therefore, GRANTED.

SIGNED this _____ day of June, 2003.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. HILDA G. TAGLE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

30491722.1                                -1-