

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS,<br><br>Plaintiffs,<br><br>VS.<br><br>RIO GRANDE MEDICINE, INC. AND<br>LABORATORY CORPORATION OF<br>AMERICA,<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-086<br>(Jury Demanded) |

## MOTION TO APPEAR FOR ATTORNEY IN CHARGE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Third-Party Defendant Baxter Healthcare Corporation, and files this Motion to Appear for Attorney in Charge, and would show the Court as follows:

1. On behalf of Baxter Healthcare Corporation, the undersigned attorney hereby requests permission of this Honorable Court to allow Byron T. Stone, Counsel with the firm of Fulbright & Jaworski L.L.P., to appear for the John W. Weber, Jr. at the hearing set for February 7, 1996 at 2:30 p.m. due to the fact that Mr. Weber has scheduling conflicts that prevent his appearance.

2. Mr. Stone is intimately familiar with all aspects of this case and has full authority to act for and bind Baxter Healthcare Corporation.

WHEREFORE, PREMISES CONSIDERED, Defendant Baxter Healthcare Corporation prays that this Court grant this motion and permit Byron T. Stone to appear for John W. Weber, Jr. as specified hereinabove.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: _____
John W. Weber, Jr.
State Bar No. 21046500
Byron T. Stone
State Bar No. 00797505
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Attorneys for Third-Party Defendant
BAXTER HEALTHCARE CORPORATION

## CERTIFICATE OF SERVICE

This motion has been served upon all counsel of record on June 16, 2003.

D. Faye Caldwell
E. Lindsey Everson
CALDWELL & CLINTON, PLLC
1000 First City Tower
1001 Fannin
Houston, Texas 77002

Harold Eisenman
THE LAW OFFICES OF HAROLD EISENMAN, P.C.
1900 West Loop South, Suite 1420
Houston, Texas 77027

Jack G. Carinhas, Jr.
THE LAW OFFICE OF JACK G. CARINHAS, JR.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Craig H. Vittitoe
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

_____
Byron T. Stone

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS,<br><br>　　　Plaintiffs,<br><br>VS.<br><br>RIO GRANDE MEDICINE, INC. AND<br>LABORATORY CORPORATION OF<br>AMERICA,<br><br>　　　Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-086<br>(Jury Demanded) |

## ORDER GRANTING MOTION TO APPEAR FOR ATTORNEY IN CHARGE

Having considered Baxter Healthcare Corporation's Motion to Appear for Attorney in Charge, the Court finds that the Motion states good cause and otherwise meets the Court's requirements. The Motion is, therefore, GRANTED.

SIGNED this _____ day of June, 2003.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. HILDA G. TAGLE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

30476999.1　　　　　　　　　　　　　-1-