/1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDITH BEAVERS AND CHARLES GENE BEAVERS § § § | |
| v. § | CIVIL ACTION NO. B-03-086 |
| § | |
| RIO GRANDE MEDICINE, INC. AND LABORATORY CORPORATION OF AMERICA § § § § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the undersigned hereby submit this Joint Discovery/Case Management Plan.

1.  State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

    **D. Faye Caldwell, counsel for Laboratory Corporation of America, communicated with Harold Eisenman, Plaintiffs' counsel; Craig Vittitoe, counsel for Defendant Rio Grande Medicine, Inc.; and John Weber, Jr., counsel for Third Party Defendant Baxter Healthcare Corporation, and all parties agree with this Joint Discovery/Case Management Plan.**

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

    **None.**

3.  Specify the allegation of federal jurisdiction.

    **Diversity jurisdiction under 28 U.S.C. § 1332.**

4.  Name the parties who disagree and the reasons.

    **None.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   **None.**

6. List anticipated interventions.

   **None.**

7. Describe class-action issues.

   **None.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **Parties will serve initial disclosures by June 30, 2003.**

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

      **(1) No changes in the form, timing, or requirement for disclosures are needed.**
      **(2). Discovery will be needed for the liability issues only. Discovery can be completed by March 31, 2004.**
      **(3). No changes are needed in the limitations imposed on discovery.**
      **(4). No orders under Rule 26 (c), Rule 16 (b) and (c) are necessary at this time.**

   B. When and to whom the plaintiff anticipates it may send interrogatories.

      **Plaintiffs anticipate serving written discovery on Defendants by September 8, 2003.**

   C. When and to whom the defendant anticipates it may send interrogatories.

      **Defendants anticipate serving written discovery on Plaintiffs by September 8, 2003.**

D.     Of whom and by when the plaintiff anticipates taking oral depositions.

**Plaintiffs anticipate taking the depositions of all persons who witnessed the incident in question and/or having relevant knowledge of the facts and circumstances surrounding the incident in question, as well as all persons listed by Defendants as having knowledge of relevant facts, Defendants' experts and all medical providers and witnesses. This should be accomplished within six months of the Rule 16 Conference.**

E.     Of whom and by when the defendant anticipates taking oral depositions.

**Defendants will depose Plaintiffs and anticipates deposing others who have knowledge of Plaintiffs' claims and/or alleged damages, and any experts designated by Plaintiffs. This should be accomplished within six months of the Rule 16 Conference.**

F.     When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiffs: December 1, 2003            Defendants: January 15, 2004.**

G.     List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

**Plaintiffs anticipate taking the deposition of any expert identified by Defendants within sixty (60) days after such expert is designated and his/her report is tendered to Plaintiffs.**

H.     List expert depositions the opposing party anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

**Defendants anticipate taking the deposition of any expert identified by Plaintiffs within sixty (60) days after such expert is designated and his/her report is tendered to Defendants.**

10.     If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Not applicable.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

    **Parties have exchanged written discovery including Requests for Admissions, Request for Interrogatories and Requests for Production.**

12. State the date the planned discovery can reasonably be completed.

    **The parties believe that discovery can reasonably be completed by March 31, 2004.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    **Parties are willing to work diligently towards settlement.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **All parties will work diligently towards settlement.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

    **Mediation should be conducted after discovery is complete.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    **The parties cannot agree to trial by magistrate judge.**

17. State whether a jury demand has been made and if it was made on time.

    **A demand for a jury trial was made in the 197th Judicial District Court of Cameron County, Texas, as Cause No. 2002-11-00-4565-C.**

18. Specify the number of hours it will take to present the evidence in this case.

    **Plaintiff anticipates it will take approximately 24 hours to present the evidence in this lawsuit. Defendant LabCorp anticipates it will take approximately 32 hours to present the evidence in this lawsuit.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   1) **Rio Grande Medicine, Inc.'s Motion to Dismiss/Motion for Summary Judgment; and**
   2) **Rio Grande Medicine, Inc.'s Motion for Sanctions against Plaintiffs, pursuant to Rule 11, Federal Rules of Civil Procedure.**

20. List other motions pending.

   **None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   **None.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

Harold Eisenman
S.D. No.: 1346
Texas Bar No.: 06503500
The Law Offices of Harold Eisenman, P.C.
1900 West Loop South, Suite 1420
Houston, Texas 77027
Tel: (713) 840-7180
Fax: (713) 840-9620

The Law Office of Jack G. Carinhas, Jr.
S.D. No.: 1179
Texas Bar No.: 03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel: (956) 542-9161
Fax: (956) 542-3651

_/s/ Harold Eisenman_                                              June 18, 2003
COUNSEL FOR PLAINTIFFS EDITH AND CHARLES BEAVERS         DATE
* SIGNED BY PERMISSION

Craig H. Vittitoe
S.D. No.: 18756
Texas Bar No.: 20593900
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
Tel: (956) 428-7495
Fax: (956) 428-2954

_____      _____
COUNSEL FOR RIO GRANDE MEDICINE, INC.                                         DATE


D. Faye Caldwell
S.D. No.: 13810
Texas Bar No.: 03618550
Caldwell & Clinton P.L.L.C.
Jacqueline M. Pourciau
S.D. No.: 24439
Texas Bar No. 24014484
1000 First City Tower
1001 Fannin

_____      _____
COUNSEL FOR LABORATORY CORPORATION OF AMERICA          DATE June 18, 2003


John W. Weber, Jr.
S.D. No.: 10031
Texas Bar No.: 21046500
Byron T. Stone
S.D. No.: 60138
Texas Bar No.: 00797505
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Tel: (210) 224-5575
Fax: (210) 270-7205

_____      _____
COUNSEL FOR BAXTER HEALTHCARE CORPORATION                 DATE

Craig H. Vittitoe
S.D. No.: 18756
Texas Bar No.: 20593900
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
Tel: (956) 428-7495
Fax: (956) 428-2954

_____     6/18/03
COUNSEL FOR RIO GRANDE MEDICINE, INC.     DATE


D. Faye Caldwell
S.D. No.: 13810
Texas Bar No.: 03618550
Caldwell & Clinton P.L.L.C.
Jacqueline M. Pourciau
S.D. No.: 24439
Texas Bar No. 24014484
1000 First City Tower
1001 Fannin

_____     _____
COUNSEL FOR LABORATORY CORPORATION OF AMERICA     DATE


John W. Weber, Jr.
S.D. No.: 10031
Texas Bar No.: 21046500
Byron T. Stone
S.D. No.: 60138
Texas Bar No.: 00797505
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Tel: (210) 224-5575
Fax: (210) 270-7205

_____     _____
COUNSEL FOR BAXTER HEALTHCARE CORPORATION     DATE

-6-

06/18/2003 16:56 FAX 2102707205    Fulbright and Jaworski    ☐ 002
Case 1:03-cv-00086   Document 11   Filed in TXSD on 06/20/2003   Page 8 of 8
No Transmission Information Available in on line [0] for SB08414 Printed 16/2003 11:34 * Pg 7/7
06/16/2003 10:34   713-6543002   CALDWELL CLINTON   PAGE 07/07

Craig H. Vittitoe
S.D. No.: 18756
Texas Bar No.: 20593900
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551
Tel: (956) 428-7495
Fax: (956) 428-2954

---

COUNSEL FOR RIO GRANDE MEDICINE, INC.          DATE

D. Faye Caldwell
S.D. No.: 13810
Texas Bar No.: 03618550
Caldwell & Clinton P.L.L.C.
Jacqueline M. Pourciau
S.D. No.: 24439
Texas Bar No. 24014484
1000 First City Tower
1001 Fannin

---

COUNSEL FOR LABORATORY CORPORATION OF AMERICA          DATE

John W. Weber, Jr.
S.D. No.: 10031
Texas Bar No.: 21046500
Byron T. Stone
S.D. No.: 60138
Texas Bar No.: 00797505
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Tel: (210) 224-5575
Fax: (210) 270-7205

---

COUNSEL FOR BAXTER HEALTHCARE CORPORATION          6-18-03
                                                    DATE

-6-