/2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS,<br><br>  Plaintiffs,<br><br>VS.<br><br>RIO GRANDE MEDICINE, INC. AND<br>LABORATORY CORPORATION OF<br>AMERICA,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-086<br>(Jury Demanded) |

ORDER GRANTING MOTION PRO HAC VICE

Having considered Baxter Healthcare Corporation's Motion Pro Hac Vice, the Court finds that the Motion states good cause and otherwise meets the Court's requirements. The Motion is, therefore, GRANTED.

SIGNED this _20th_ day of June, 2003.

_____
HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

30491722.1

-1-