*13*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS,<br><br>Plaintiffs,<br><br>VS.<br><br>RIO GRANDE MEDICINE, INC. AND<br>LABORATORY CORPORATION OF<br>AMERICA,<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-086<br>(Jury Demanded) |

## ORDER GRANTING MOTION TO APPEAR FOR ATTORNEY IN CHARGE

Having considered Baxter Healthcare Corporation's Motion to Appear for Attorney in Charge, the Court finds that the Motion states good cause and otherwise meets the Court's requirements. The Motion is, therefore, GRANTED.

SIGNED this 20th day of June, 2003.

HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE