IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Edith Beavers and Charles Gene Beavers, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § | B-03-86 |
| Rio Grande Medicine, Inc. et al., | § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on July 7, 2003, the Court **CANCELED** the initial pretrial conference set for July 8, 2003, at 1:45 p.m. This case will be transferred to another district court judge in this division. The parties will be notified when an initial pretrial conference is scheduled.

DONE this 7th day of July, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge