*16*

# UNITED STATES DISTRICT COURT ✯ SOUTHERN DISTRICT OF TEXAS

EDITH BEAVERS AND §
CHARLES GENE BEAVERS

versus §                CIVIL ACTION NO. **B-03-86**

RIO GRANDE MEDICINE, INC.,
LABORATORY CORPORATION
OF AMERICA AND BAXTER                    United States District Court
HEALTHCARE CORPORATION §                 Southern District of Texas
                                                ENTERED

                                            JUL 1 0 2003

### ORDER OF TRANSFER                Michael N. Milby, Clerk of Court
                                     By Deputy Clerk

1.    This case has been transferred to **Judge Andrew S. Hanen** for this reason:

      ☐ Agreement between the judges.

      ☑ Recusal.

      ☐ Related criminal case _____.

      ☐ Other: _____.

2.    A new scheduling order will issue; previous court settings are cancelled.

      DONE at Brownsville, Texas, this _____ day of July, 2003.


                                     _____
                                     Hilda G. Tagle
                                     United States District Judge