United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDITH BEAVERS, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: B-03-086 |
| | § | |
| RIO GRANDE MEDICINE INC., ET AL. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S RIO GRANDE MEDICINE, INC.'S
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, EDITH BEAVERS AND GENE BEAVERS, and in response to Rio Grande Medicine, Inc.'s Motion for Summary Judgment would show this Court as follows:

I.

Plaintiffs do not dispute the underlying facts alleged in paragraph numbers I and II. However, Plaintiffs do dispute the conclusions drawn by this Defendant in paragraph III. Plaintiff's have not requested remand because they are satisfied to have this case in Federal Court and do not want this matter delayed further by procedural wrangling.

II.

**SUMMARY OF THE ARGUMENT**

There has been very little case development to date. Plaintiffs have sought depositions, but due to Defendants' schedule and the requirements of Federal Rule 26(d), Plaintiffs have not been able to take depositions yet. There is a substantial amount of information to be gathered and evidence to be taken before a determination can be made as to which Defendants bear what responsibility for the injuries to Mrs. Beavers. In essence, Defendants motion is premature and

should not be considered until the parties have had the opportunity to complete their discovery on the issues in question.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants Motion, be in all things denied. Alternatively, Plaintiffs ask that consideration of the Motion be abated until discovery on these issues has been completed.

Respectfully submitted,

JACK G. CARINHAS, JR.
Attorney for Plaintiffs
302 Kings Highway, Suite 109
Brownsville, TX 78521
956/542-9161
FAX: 956/542-3651
TX State Bar No. 03795000

AND

By: _____
HAROLD EISENMAN, P.C.
Attorney-in-Charge for Plaintiffs
1900 West Loop South, Suite 1420
Houston, TX 77027
713/840-7180
FAX: 713/840-9620
TX State Bar No. 06503500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Response to Defendant's Rio Grande Medicine, Inc's Motion for Summary Judgment** has been forwarded to all counsel of record by certified mail, return receipt requested, overnight express mail, facsimile and/or hand delivery, on the ___14___ day of July 2003.

D. Faye Caldwell
Caldwell & Clinton, P.L.L.C.
1000 First City Tower
1001 Fannin
Houston, Texas 77002

Craig H. Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

John W. Weber, Jr.
Byron T. Stone
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

_____
HAROLD EISENMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDITH BEAVERS, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO.: B-03-086 |
| RIO GRANDE MEDICINE INC., ET AL. | § | |

## ORDER

Before the Court is Defendant, Rio Grande Medicine, Inc.'s Motion for Summary Judgment and Plaintiff's response thereto. Having considered the evidence, the briefs and the arguments of counsel, the Court is of the opinion that Defendant's motion should be DENIED.

It is therefore ORDERED that Defendant's motion be DENIED.

SIGNED on this the _____ day of _____, 2003.

_____
**UNITED STATES DISTRICT JUDGE**