*18*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**JUL 3 1 2003**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDITH BEAVERS, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: B-03-086 |
| | § | |
| RIO GRANDE MEDICINE INC., ET AL. | § | |

## NOTICE OF CHANGE OF ADDRESS

The undersigned and the firm of Harold Eisenman, P.C. have moved to the following address:

Harold Eisenman, P.C.
2000 West Loop South, Suite 1930
Houston, Texas 77027
Telephone: (713) 840-7180
Facsimile: (713) 840-9620

Respectfully submitted,

By: _____
Harold Eisenman
**HAROLD EISENMAN, P.C.**
State Bar No. 06503500
2000 West Loop South, Suite 1930
Houston, Texas 77027
Telephone: (713) 840-7180
Facsimile : (713) 840-9620

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Change of Address has been forwarded to all counsel of record by certified mail, return receipt requested, overnight express mail, facsimile and/or hand delivery, on the ___29___ day of July 2003.

D. Faye Caldwell
Caldwell & Clinton, P.L.L.C.
1000 First City Tower
1001 Fannin
Houston, Texas 77002

Craig H. Vittitoe
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

John W. Weber, Jr.
Byron T. Stone
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

Jack G. Carinhas, Jr.
The Law Office of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_____
HAROLD EISENMAN