United States District Court
Southern District of Texas
FILED

AUG 1 4 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDITH BEAVERS, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-086 |
| § | |
| RIO GRANDE MEDICINE INC., ET AL. § | |

### ORDER

This Court hereby sets an initial pretrial conference for <u>August 26, 2003</u> at <u>1:30 p.m.</u> At that time, a schedule will be put into effect and all pending motions will be discussed. Additionally, all matters, including dispositive ones, delineated in Rule 16 may be discussed.

Attorneys in charge or some attorney with authority to commit the client shall attend.

Signed this 14th day of August, 2003.

_____
Andrew S. Hanen
United States District Judge