# CALDWELL & CLINTON P.L.L.C.
### ATTORNEYS AT LAW
1000 FIRST CITY TOWER
1001 FANNIN
HOUSTON, TEXAS 77002

TELEPHONE (713) 654-3000
FACSIMILE (713) 654-3002
fcaldwell@caldwellclinton.com

United States District Court
Southern District of Texas
FILED

August 25, 2003

AUG 2 5 2003

Michael N. Milby
Clerk of Court

*Via Fax: (956) 548-2598*

Ms. Irma Soto, Case Manager
600 East Harrison, Suite 101
Brownsville, Texas 78520-7114

Re: C.A. No. B-03-086; *Edith Beavers and Charles Gene Beavers v. Rio Grande Medicine, Inc. and Laboratory Corporation of America*; In the United States District Court for the Southern District of Texas, Brownsville Division; [REMOVED FROM CAUSE NO. 2002-11-4565-C; IN THE 197TH JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS]

Dear Ms. Soto:

I represent Defendant, Laboratory Corporation of America ("LabCorp") in the referenced matter. A settlement between Plaintiffs and LabCorp has been reached. As part of the settlement, LabCorp will be dismissing its Third Party claim against Baxter Healthcare Corporation.

A Scheduling Conference is scheduled for August 26, 2003 at 1:30 pm. I would appreciate being excused from attending in person and permitting Plaintiffs' counsel to announce our settlement in this matter.

If this is agreeable to the Court, please let me know. Thank you for all of your assistance in this matter.

Very truly yours,

D. Faye Caldwell

DFC/rss

2003 AUG 25 PM 2:37
MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
RECEIVED