United States District Court
Southern District of Texas
FILED

AUG 2 6 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

CIVIL ACTION NO. B-03-086        DATE & TIME 8/26/03 @ 1:36 pm - 2:05 pm

COUNSEL:

| | | |
|---|---|---|
| **EDITH BEAVERS, ET AL** | § | Jack Carinhas |
| VS | § | |
| **RIO GRANDE MEDICINE, INC.** | § | Roger Huges |
| **LABORATORY CORPORATION** | § | Fay Caldwell |
| Baxter Healthcare Corporation third-party defendant | § | Byron T. Stone |

Courtroom Deputy: Irma Soto
Law Clerk: Christian Southwick
Court Reporter: Barbara Barnard
CSO:

Case called on the docket. Jack Carinhas appeared for the Plaintiffs. Roger Hughes appeared for the deft, Rio Grande Medicine. Faye Caldwell appeared for deft, Laboratory Corporation. Byron T. Stone appeared for third-party deft, Baxter Healthcare. All announced present & ready.

Deft, LabCorp announced to the Court that settled had been reached with the plaintiffs and would be dismissing third-party deft as part of the settlement.

Court addresses the issues of jurisdiction and cause of action. Plaintiff has until October 3, 2003 to file an amended response to the Motion for Summary Judgment that is pending. Defendant, Rio Grande, has until September 5, 2003 to file any kind of action against deft, LabCorp & Baxter, third-party deft.

Court orders the Defendants to provide a copy of a signed contract to the Plaintiff, if one exists.

Court is adjourned.