IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 0 5 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS<br><br>VS<br><br>RIO GRANDE MEDICINE, INC.,<br>LABORATORY CORPORATION OF<br>AMERICA, AND BAXTER<br>HEALTHCARE CORPORATION | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CIVIL ACTION NO.: B-03-086<br>                 (Jury Demanded) |

## RIO GRANDE MEDICINE, INC.'S CROSS-ACTIONS OVER AND AGAINST LABORATORY CORPORATION AND BAXTER HEALTHCARE CORPORATION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant and Cross-Plaintiff, *Rio Grande Medicine, Inc.*, filing this *Cross-Action* against **Laboratory Corporation of America** and **Baxter Healthcare Corporation**, respectfully showing the Honorable court as follows:

I.

The Plaintiffs allege in this lawsuit that Mrs. Beavers suffered bodily injury because of a fall caused by a defective chair. Previously, the Plaintiffs admitted in responses to Request for Admissions that the chair at all relevant times was owned, possessed or under the control of Laboratory Corporation of America. Furthermore, the evidence has established that the chair was manufactured by Baxter Healthcare Corporation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record on this the ____ day of September, 2003:

**VIA FAX DELIVERY 713/840-9620**
**CM/RRR # 7002 2410 0001 9643 4744**
Mr. Harold Eisenman
**LAW OFFICE OF HAROLD EISENMAN, P.C.**
1900 West Loop South, Suite 1420
Houston, TX 77027
*Attorney for Plaintiffs, Charles Gene and Edith Beavers*

**VIA FAX DELIVERY 956/542-3651**
**CM/RRR # 7002 2410 0001 9643 4751**
Mr. Jack G. Carinhas, Jr.
**LAW OFFICE OF JACK G. CARINAS, JR.**
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, TX 78521
*Co-counsel for Plaintiffs, Charles Gene and Edith Beavers*

**VIA FAX DELIVERY 713/654-3002**
**CM/RRR # 7002 2410 0001 9643 4768**
Ms. D. Faye Caldwell
**CALDWELL & CLINTON, P.L.L.C.**
1000 First City Tower
1001 Fannin
Houston, TX 77002
*Attorney for Laboratory Corporation of America*

**VIA FAX DELIVERY 210/224-8336**
**CM/RRR # 7002 2410 0001 9643 4775**
Mr. John W. Weber, Jr.
Mr. Byron Scott
**FULBRIGHT & JAWORSKI L.L.P.**
300 Convent Street, Suite 2200
San Antonio, TX 78205
*Attorney for Baxter Healthcare Corporation*



Craig H. Vittitoe

**II.**

Both Laboratory Corporation of America and Baxter Healthcare Corporation have appeared in this cause. A true and correct copy of this cross-action will be served upon their respective counsel of record as evidence by the attached certificate of service.

**III.**

Rio Grande Medicine, Inc. has previously denied liability to the Plaintiffs (and continues to do so) arising out of the cause of action pled in this lawsuit. In the unlikely event that Rio Grande Medicine, Inc. is in error [and out of an abundance of caution], Rio Grande Medicine, Inc. pleads a claim for contribution and as a Responsible Third Party over and against both Laboratory Corporation of America and Baxter Healthcare Corporation, pursuant to Chapter 33, Civil Practices and Remedies Code.

*WHEREFORE, PREMISES CONSIDERED*, Rio Grande Medicine, Inc. prays for contribution over and against Laboratory Corporation of America and Baxter Healthcare Corporation, pursuant to applicable law.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By_____
   **CRAIG H. VITTITOE**
State Bar No. 20593900
ATTORNEYS FOR DEFENDANT,
RIO GRANDE MEDICINE, INC.