United States District Court
Southern District of Texas
FILED

OCT 3 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS<br><br>VS<br><br>RIO GRANDE MEDICINE, INC.,<br>LABORATORY CORPORATION OF<br>AMERICA, AND BAXTER<br>HEALTHCARE CORPORATION | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CIVIL ACTION NO.: B-03-086<br>(Jury Demanded) |

# AGREED STIPULATION AND
# MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW THE PARTIES, Plaintiffs, *Edith Beavers and Charles Gene Beavers*, Defendant, *Rio Grande Medicine, Inc.*, Defendant, *Laboratory Corporation of America*, and Third Party Defendant, *Baxter Healthcare Corporation*, by and through their respective attorneys of record, filing this document entitled ***Agreed Stipulation and Motion to Dismiss with Prejudice*** respectfully showing the Court as follows:

**I.**

The parties stipulate and agree to the dismissal of this case with prejudice in its entirety concluding all claims and causes of action, cross-claims, counter-claims and third-party actions. The parties agree to bear their respective court costs incurred.

**II.**

The parties request the Court to dismiss this suit with prejudice.

Respectfully submitted,

**LAW OFFICE OF HAROLD EISENMAN, P.C.**
2000 West Loop South, Suite 1930
Houston, Texas 77027
Phone (713) 840-7180
Fax   (713) 840 9620
Federal I.D 1346
State Bar No. 06503500
*ATTORNEY FOR PLAINTIFFS*

**LAW OFFICE OF JACK G. CARINHAS, JR.**
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, Texas 78521
Phone (956) 542-9161
Fax   (956) 542-3651

BY: _____
   JACK G. CARINHAS, JR.
Federal I.D. 1179
State Bar No. 03795000
*LEAD COUNSEL FOR PLAINTIFFS*

**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551-1429
Phone (956) 428-7495
Fax   (956) 428-2954

BY: _____
   CRAIG H. VITTITOE
Federal I.D. 18756
State Bar No. 20593900
*ATTORNEYS FOR DEFENDANT,*
*RIO GRANDE MEDICINE, INC.*

FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
Phone (210) 224-5575
Fax   (210) 270-7205

BY: _____
    BYRON T. STONE
Federal I.D. 60138
State Bar No. 00797505
*ATTORNEYS FOR THIRD PARTY DEFENDANT
BAXTER HEALTHCARE CORPORATION*


CALDWELL & CLINTON, P.L.L.C.
1000 First City Tower
1001 Fannin
Houston, TX 77022
Phone (713) 654-3000
Fax   (713) 654-3002


BY: _____
    D. FAYE CALDWELL
Federal I.D. 13810
State Bar No. 03618550
*ATTORNEYS FOR LABORATORY
CORPORATION OF AMERICA*

**FULBRIGHT & JAWORSKI, L.L.P.**
300 Convent Street, Suite 2200
San Antonio, TX 78205
Phone (210) 224-5575
Fax   (210) 270-7205


BY: _____
**BYRON T. STONE**
Federal I.D. 60138
State Bar No. 00797505
*ATTORNEYS FOR THIRD PARTY DEFENDANT*
*BAXTER HEALTHCARE CORPORATION*



**CALDWELL & CLINTON, P.L.L.C.**
1000 First City Tower
1001 Fannin
Houston, TX 77022
Phone (713) 654-3000
Fax   (713) 654-3002

BY: _____
**D. FAYE CALDWELL**
Federal I.D. 13810
State Bar No. 03618550
*ATTORNEYS FOR LABORATORY*
*CORPORATION OF AMERICA*