IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDITH BEAVERS AND<br>CHARLES GENE BEAVERS<br><br>VS<br><br>RIO GRANDE MEDICINE, INC.,<br>LABORATORY CORPORATION OF<br>AMERICA, AND BAXTER<br>HEALTHCARE CORPORATION | :<br>:<br>:<br>:<br>:   CIVIL ACTION NO.: B-03-086<br>:            (Jury Demanded)<br>:<br>:<br>: |

# ORDER OF DISMISSAL WITH PREJUDICE

The court takes notice of the document entitled ***AGREED STIPULATION AND MOTION TO DISMISS WITH PREJUDICE***. The court finds such to be meritorious and that this suit should be dismissed.

**IT IS HEREBY ORDERED** that this suit is dismissed with prejudice as to all claims and causes of action.

**DONE** on this the 4th day of November, 2003 at Brownsville, Texas.

_____
***HONORABLE ANDREW S. HANEN***
***UNITED STATES DISTRICT JUDGE***
*Southern District of Texas - Brownsville Division*

*Copies to:*

Mr. Harold Eisenman
**LAW OFFICE OF HAROLD EISENMAN, P.C.**
1900 West Loop South, Suite 1420
Houston, TX 77027

Ms. D. Faye Caldwell
**CALDWELL & CLINTON, P.L.L.C.**
1000 First City Tower
1001 Fannin
Houston, TX 77002

Mr. Jack G. Carinhas, Jr.
**LAW OFFICE OF JACK G. CARINHAS, JR.**
*Corporate Plaza, Suite 109*
302 Kings Highway
Brownsville, TX 78521

Mr. John W. Weber, Jr.
**FULBRIGHT & JAWORSKI, L.L.P.**
300 Convent Street, Suite 2200
San Antonio, TX 78505

Mr. Craig H. Vittitoe
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, TX 78551-1429